UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>                         Plaintiff,<br><br>     v.<br><br>BENYAM ASEFA, an individual, and ASHLEY JUAREZ, an individual,<br><br>                         Defendants. | NO:  2:23-CV-0057-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal without Prejudice.  ECF No. 16.  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that this matter should be dismissed without prejudice and without fees and costs to any party.  The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal without Prejudice, ECF No. 16, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulated motion, this action is **DISMISSED** without prejudice and without fees and costs to any party.

3. All pending motions and hearings are **VACATED** as moot.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 20, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2